```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 10752
    LACHITA M SLATER
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-1581

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/30/2006 and was confirmed 10/26/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 06/26/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
GATEWAY FINANCIAL           SECURED VEHIC          .00         .00            .00
INTERNAL REVENUE SERVICE    PRIORITY           1708.22         .00            .00
INTERNAL REVENUE SERVICE    NOTICE ONLY      NOT FILED         .00            .00
DIRECT TV                   NOTICE ONLY      NOT FILED         .00            .00
CONSUMER PORTFOLIO SERV     UNSECURED        12965.08          .00            .00
BLOCKBUSTER                 UNSECURED        NOT FILED         .00            .00
DIRECT TV                   UNSECURED        NOT FILED         .00            .00
PEOPLES GAS                 NOTICE ONLY      NOT FILED         .00            .00
CONSUMER PORTOLIO AVE       NOTICE ONLY      NOT FILED         .00            .00
EMERGNCY ROOM CARE PROV     UNSECURED        NOT FILED         .00            .00
PEOPLES GAS LIGHT & COKE    UNSECURED         1820.46          .00            .00
AT & T BANKRUPCTY           UNSECURED        NOT FILED         .00            .00
AT & T BANKRUPCTY           UNSECURED        NOT FILED         .00            .00
CAPITAL ONE                 UNSECURED              .00         .00            .00
CITY OF CHICAGO PARKING     UNSECURED           920.00         .00            .00
RICHARD S BASS              DEBTOR ATTY       1,700.00                    1,700.00
TOM VAUGHN                  TRUSTEE                                          98.94
DEBTOR REFUND               REFUND                                            1.06

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    1,800.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                  1,700.00
TRUSTEE COMPENSATION                               98.94
DEBTOR REFUND                                       1.06
                         ---------------    ---------------

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 10752 LACHITA M SLATER
```

TOTALS                                    1,800.00              1,800.00

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
Dated: 09/11/08                      _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE